AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  |
|---|---|
| v. | ) Case: 1:21-cr-00185 |
| CHRISTOPHER MOLINA-GARCIA | ) Assigned To : Sullivan, Emmet G. |
|  | ) Assign. Date : 3/4/2021 |
|  | ) Description: Indictment (B) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CHRISTOPHER MOLINA-GARCIA, also known as Casper,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1959(a)(3) - Violent Crime in Aid of Racketeering - Assault with Dangerous Weapon; and

18 U.S.C. § 924(c)(1)(A)(iii) - Unlawful Possession, Brandishing, and Discharge of a Firearm During and in Relation to a Crime of Violence.

Date: 03/04/2021

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
ANGELA D. CAESAR, CLERK
Brittany Bryant — Digitally signed by Brittany Bryant. Date: 2021.03.04 17:44:41 -05'00'

*Issuing officer's signature*

ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
*Printed name and title*

City and state:   WASHINGTON, DC

---

### Return

This warrant was received on *(date)* 3/4/21, and the person was arrested on *(date)* 5/11/21
at *(city and state)* Washington DC.

Date: 5/11/21

*Arresting officer's signature*

DUSM Marvin Contreras
*Printed name and title*