UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) Case No. 21-CR-185 (TSC) |
| | ) |
| CHRISTOPHER MOLINA GARCIA, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF CHANGE IN COUNSEL**
**FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER**

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Jose A. German has assumed responsibility for the defense of Christopher Molina Garcia in the above-captioned case. Mr. Garcia's had previously been assigned to attorney Dani Jahn.

                                                Respectfully submitted,

                                                /s/
                                              JOSE A. GERMAN
                                              Assistant Federal Public Defender
                                              625 Indiana Avenue, N.W., Suite 550
                                              Washington, D.C. 20004
                                              (202) 208-7500